# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BAIS YAAKOV OF SPRING VALLEY, | ) | |
| | ) | CIVIL ACTION |
| **Plaintiff,** | ) | |
| | ) | NO. 4:12-CV-40088-TSH |
| v. | ) | |
| | ) | |
| ACT, INC., | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM AND ORDER ON DEFENDANT'S MOTION TO COMPEL
## (Docket No. 108

**May 10, 2016**

**HILLMAN, D.J.**

Defendant's motion to compel (Docket No. 108) is ***granted*** in part and ***denied*** in part, as follows:

Document Request Nos. 5, 6, 7, 8, 9, & 11: the motion is ***denied***.

Document Request No. 10: the motion is ***granted***, but only with respect to Plaintiff's articles of incorporation, charters, bylaws, mission statements, and other foundational documents.

Document Request Nos. 12, 14, 17, 19: the motion is ***granted***.

Interrogatory No. 6: the motion is ***granted*** with regard to the following information only. Plaintiff shall provide Defendant with a list of all TCPA and related state-law lawsuits that it has filed, identifying the courts in which the cases were initiated, and including the names and addresses of Plaintiff's counsel and defense counsel in each case, the index numbers of each suit, and the current status of each action.

**SO ORDERED.**

                                                                               */s/ Timothy S. Hillman*
                                                                               **TIMOTHY S. HILLMAN**
                                                                               **DISTRICT JUDGE**