UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BAIS YAAKOV OF SPRING VALLEY, )<br>　　　　　　Plaintiff　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>ACT, INC.,　　　　　　　　　　　)<br>　　　　　　Defendant　　　　　　)<br>　　　　　　　　　　　　　　　　) | C.A. No. 4:12-CV-40088-TSH |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:  Please enter my withdrawal of appearance on behalf of the Defendant, ACT, Inc., in the above-entitled matter.

　　　　　　　　　　　　　　　THE DEFENDANT, ACT, INC.,


　　　　　　　　　　　　　　　By:　 /s/ Michael K. Callan
　　　　　　　　　　　　　　　　　　Michael K. Callan
　　　　　　　　　　　　　　　　　　Doherty, Wallace, Pillsbury & Murphy, P.C.
　　　　　　　　　　　　　　　　　　One Monarch Place – Suite 1900
　　　　　　　　　　　　　　　　　　1414 Main Street
　　　　　　　　　　　　　　　　　　Springfield, MA 01144-1900
　　　　　　　　　　　　　　　　　　Phone:  (413) 733-3111
　　　　　　　　　　　　　　　　　　Fax:  (413) 734-3910
Dated:  December 9, 2016　　　　　　B.B.O. Number: 558912

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 9th day of December, 2016.

　　　　　　　　　　　　　　　　　　 /s/ Michael K. Callan
　　　　　　　　　　　　　　　　　　Michael K. Callan

633531.1