# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Bais Yaakov of Spring Valley,**
      **Plaintiffs,**

**CIVIL ACTION**

    **V.**

**NO. 12-40088-TSH**

**ACT, Inc.,**
      **Defendants,**

## ORDER OF DISMISSAL

<u>**Hillman, D. J.**</u>

In accordance with the Court's Memorandum and Order dated 5/21/20, granting the defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

<u>   5/21/20   </u>
    Date

<u>/s/ Martin Castles  </u>
**Deputy Clerk**