UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BAIS YAAKOV OF SPRING VALLEY, on behalf of
itself and all others similarly situated,

       Plaintiff,      NOTICE OF APPEAL

  -vs.-           4:12 CV 40088 (TSH)

ACT, INC.,

       Defendant.

  Notice is hereby given that Plaintiff Bais Yaakov of Spring Valley, on behalf of itself and all others similarly situated, all of the plaintiffs in the above named case (collectively "Plaintiff"), hereby appeals to the United States Court of Appeals for the First Circuit from (1) a final order of this Court entered on May 21, 2020 dismissing this case (Doc. No. 216); (2) a May 21, 2020 Memorandum and Order on Defendant's Motion to Dismiss granting Defendant's motion to dismiss this case for mootness (Doc. No. 215); (3) a February 6, 2020 Memorandum and Order on Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment and Plaintiff's Motion for Summary Judgment that, among other things, denied Plaintiff's motion for summary judgment (Doc. No. 205); (4) an October 24, 2018 Order and Memorandum On Motion to Certify Class that denied Plaintiff's motion for class certification (Doc. No. 178); and (5) all other interlocutory orders and rulings of this Court in this case.

  By specifically listing above the orders, rulings and judgments from which Plaintiff is appealing, Plaintiff does not mean to limit its appeal to those matters listed above. Plaintiff, by this Notice of Appeal, is appealing from for all of the orders, rulings and judgments of this

1

Court in this case.

Dated: White Plains, New York
       May 21, 2020

                                        Respectfully submitted,
                                        BELLIN & ASSOCIATES LLC

                                        */s/ Aytan Y. Bellin*
                                        By: Aytan Y. Bellin, Esq. (*pro hac vice*)
                                        Attorneys for Plaintiff
                                        50 Main Street, Suite 1000
                                        White Plains, New York 10606
                                        Tel: (914) 358-5345
                                        Email: aytan.bellin@bellinlaw.com

                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Aytan Y. Bellin, hereby certify as follows under the penalties of perjury:

1.  I am an attorney at law admitted to practice *pro hac vice* before this Court and am the Managing Attorney of the firm Bellin & Associates LLC, the attorneys for Plaintiff in this action.

2.  On May 21, 2020, I caused a true and correct copy of the foregoing to be served on counsel for Defendant via this Court's ECF system.

3.  I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: White Plains, New York
       May 21, 2020

By: *Aytan Y. Bellin*
Aytan Y. Bellin, Esq. (*pro hac vice*)
Bellin & Associates LLC
Attorneys for Plaintiff
50 Main Street, Suite 1000
White Plains, NY 10606
(914) 358-5345
aytan.bellin@bellinlaw.com