# United States Court of Appeals
## For the First Circuit

No. 20-1537

BAIS YAAKOV OF SPRING VALLEY, on behalf of itself and all others similarly situated,

Plaintiff - Appellant,

v.

ACT, INC.,

Defendant - Appellee.

**MANDATE**

Entered: September 20, 2021

    In accordance with the judgment of August 30, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Aytan Yehoshua Bellin
Robert Anthony Burgoyne
Robert L. Leonard
Matthew P. McCue